# Exhibit A

| DISPUTE# | NAME | CARRIER | DATE | AMOUNT WON | INSURANCE POLICY# |
|---|---|---|---|---|---|
| DISP-209050 | LW | MAGNACARE | 3/30/2023 | $32,000.00 | 9963171787 |
| DISP-209054 | LW | MAGNACARE | 3/30/2023 | $85,000.00 | 9963171787 |
| DISP-209027 | LW | MAGNACARE | 4/18/2023 | $64,000.00 | 9963171787 |
| DISP-209042 | LW | MAGNACARE | 5/8/2023 | $12,000.00 | 9963171787 |
| | | | | | |
| | | | | $193,000.00 | |

| CLAIM# |
| --- |
| 87905426 |
| 87905426 |
| 87905426 |
| 87905426 |
| |
| |